Teresa S. Renaker – CA State Bar No. 187800
Margaret E. Hasselman – CA State Bar No. 228529
Kirsten Scott – CA State Bar No. 253464
RENAKER HASSELMAN LLP
235 Montgomery Street, Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
kirsten@renakerhasselman.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOHN J. O'ROURKE,<br><br>    Plaintiff,<br><br>  vs.<br><br>NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION PLAN and BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST,<br><br>    Defendants. | Case No. 16-cv-02007-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

   WHEREAS, in its minute order of July 19, 2016 (ECF 23), the Court adopted the parties' proposed schedule for cross-motions for summary judgment, terminating in a hearing on October 26, 2016, and also set a case management conference for November 29, 2016, at 2:00 p.m.; and

   WHEREAS, a conflict has arisen for Defendants' counsel on October 26, 2016; and

   WHEREAS, the adopted schedule calls for Plaintiff's motion for summary judgment to be filed on August 17, 2016; and

   WHEREAS, on August 15, 2016, Defendants, in response to Plaintiff's discovery

PAGE 1

1 requests to complete the administrative record, produced 524 pages of documents that

2 supplemented the 229 pages of documents provided to Plaintiff's former counsel in June 2015,

3 as documents relevant to Plaintiff's claim; and

4   WHEREAS, the parties have therefore agreed to continue the dates for all the filings

5 related to the cross-motions by one week; and

6   WHEREAS, the Court's next available hearing date is November 9, 2016;

7   NOW, THEREFORE, the parties stipulate and request that the Court order as follows:

8   1. The briefing schedule for the initial cross-motions for summary judgment shall

9 be continued by one week as follows: Plaintiff shall file his motion by August 24, 2016;

10 Defendants shall file their opposition and cross-motion by September 14, 2016; Plaintiff shall

11 file his opposition and reply by October 5, 2016; Defendants shall file their reply by October 19,

12 2016;

13   2. The hearing on the cross-motions shall be held on November 9, 2016, or such

14 other date as suits the Court's convenience;

15   3. The case management conference currently set for November 29, 2016, shall be

16 continued to December 13, 2016, at 2:00 p.m., or such other date as suits the Court's

17 convenience.

18   SO STIPULATED.

19

20 Dated: August 16, 2016       RENAKER HASSELMAN LLP

21          By: */s/ Teresa S. Renaker*
           Teresa S. Renaker
22            Attorneys for Plaintiff

23 Dated: August 16, 2016       TRUCKER HUSS APC

24          By: */s/ Clarissa A. Kang*
           Clarissa A. Kang
25            Angel L. Garrett
           Attorneys for Defendants

26

27         **ATTESTATION**

28   Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

1  document has been obtained from each of the other signatories.

2  　　　　　　　　　　　　　　　　　　　　*/s/ Teresa S. Renaker*
　　　　　　　　　　　　　　　　　　　　Teresa S. Renaker

4  　　　　　　　　　　　　　　**[PROPOSED] ORDER**

5  　　　The briefing schedule previously adopted for the parties' cross-motions for summary

6  judgment, is continued by one week as set forth in the parties' stipulation, above; the hearing is

7  continued to November 9, 2016; and the case management conference currently set for

8  November 29, 2016, is continued to December 13, 2016, at 2:00 p.m.

9  　　　IT IS SO ORDERED.

11  Dated: __August 17_____, 2016　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
12  　　　　　　　　　　　　　　　　　　　　United States District Judge