Clarissa A. Kang, No. 210660
Angel L. Garrett, No. 255682
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:  (415) 788-3111
Facsimile:  (415) 421-2017
E-mail:  ckang@truckerhuss.com
  agarrett@truckerhuss.com

Attorneys for Defendant
NORTHERN CALIFORNIA ELECTRICAL
WORKERS PENSION PLAN and BOARD
OF TRUSTEES OF THE NORTHERN
CALIFORNIA ELECTRICAL WORKERS
PENSION TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN J. O'ROURKE,<br><br>                    Plaintiff,<br><br>       vs.<br><br>NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION PLAN and BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST,<br><br>                    Defendants. | Case No. 16-cv-02007-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Defendants NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION PLAN ("Plan") and BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST ("Board") (collectively, "Defendants") and Plaintiff JOHN J. O'ROURKE ("Plaintiff"), hereby stipulate, by and through their respective counsel and subject to the Court's approval, to continue the date of the case management conference and, in support therefor, state as follows:

WHEREAS, the case management conference is currently scheduled for December 13, 2016 at 2:00 p.m. (ECF No. 25), with a joint case management statement due December 6, 2016;

-1-

WHEREAS, the parties filed cross-motions for summary judgment and the Court held the hearing on the cross-motions on November 9, 2016;

WHEREAS, the Court took the parties' cross-motions for summary judgment under submission (ECF No. 37) and the Court has not yet issued a written order;

WHEREAS, the decision on the cross-motions may obviate the need for a further case management conference and, therefore, the case management conference date should be postponed until after the Court issues an order on the cross-motions;

WHEREAS, the parties previously requested and received a two-week continuance of the summary judgment hearing date and further case management conference (ECF No. 25);

WHEREAS, there are no other Court dates in the case that are affected by a continuance of the case management conference and of the deadline for the joint case management statement; and

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree as follows:

The case management conference currently set for December 13, 2016, shall be vacated. If a further case management conference is required following the Court's order on the parties' cross-motions for summary judgment, the date for the further case management conference shall be set in the order, with the joint case management statement to be due seven (7) days before the further case management conference.

IT IS SO STIPULATED.

DATED: November 30, 2016        TRUCKER ✦ HUSS

                                By: /s/Clarissa A. Kang
                                    Clarissa A. Kang
                                    Attorneys for Defendant
                                    NORTHERN CALIFORNIA ELECTRICAL
                                    WORKERS PENSION PLAN and BOARD OF
                                    TRUSTEES OF THE NORTHERN CALIFORNIA
                                    ELECTRICAL WORKERS PENSION TRUST

DATED: November 30, 2016        RENAKER HASSELMAN SCOTT LLP

                                By /s/Teresa S. Renaker
                                   Teresa S. Renaker
                                   Attorneys for Plaintiff
                                   JOHN J. O'ROURKE

**SIGNATURE ATTESTATION**

I, Clarissa A. Kang, hereby attest that the concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED:  November 30, 2016            /s/Clarissa A. Kang
                                     Clarissa A. Kang

**ORDER**

Pursuant to the Parties' Stipulation, the case management conference currently scheduled for December 13, 2016 at 2:00 p.m. is hereby vacated, with a further case management conference to be set, if necessary, in the order on the parties' cross-motions for summary judgment..

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 1, 2016              _____
                                     Honorable William H. Orrick
                                     Judge, United States District Court